**IT IS SO ORDERED.**

Patricia A. Gaughan
United States District Judge
November 4, 2026

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**

| | |
|---|---|
| Anna Lilia Slavich<br>Bakhodir Ostonov | Civil Action No. 26-cv-01494-PAG |
| Plaintiffs, | Hon. District Judge Patricia A Gaughan |
| v. | |
| Joseph B. Edlow, Director,<br>U.S. Citizenship and Immigration Services; | |
| Markwayne Mullin, Secretary<br>U.S. Department of Homeland Security. | |
| Todd Blanche, Attorney General of<br>the United States; | |
| Defendants. | |

NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs move to voluntarily dismiss this lawsuit. Plaintiffs Anna Lilia Slavich and Bakhodir Ostonov have received relief, in that the pending application has been adjudicated. Plaintiffs' Notice of Voluntary Dismissal is being filed herein prior to the service of either an answer or a motion for summary judgment by any of the defendants.

Respectfully submitted,

/s/Margaret Wong
Margaret Wong
Attorney for Petitioner
3150 Chester Ave.
Cleveland, Ohio 44114
(216) 566-9908
(216) 488-1981 (fax)